**Fill in this information to identify the case:**

Debtor 1    Herbert Andreas Schaudeck

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle    District of   Pennsylvania
                                               (State)

Case number   15-02977-RNO

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:**   U.S. Bank Trust National Association, et al

**Court claim no.** (if known):
3-1

**Last 4 digits** of any number you use to identify the debtor's account:   1   8   4   4

**Property address:**   236    Mt. Effort Drive
                  Number      Street

                  Effort          PA     18330
                  City             State     ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    / __/
                                             MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 2,845.03

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.    (c) $ 2,845.03

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06 / 01 / 2020
                                  MM / DD / YYYY

Case 5:15-bk-02977-RNO    Doc 77    Filed 09/10/20    Entered 09/10/20 12:11:11    Desc
                 Main Document     Page 1 of 2

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

◻   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗ /s/ Guadalupe Valencia**      Date   09/10/2020

Signature

Print    **Guadalupe**        **Valencia**     Title   **Assistant Vice President**

       First Name      Middle Name      Last Name

Company    **BSI Financial Services**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    **7505**       **Irvine Center Dr., Suite 200**

       Number       Street

       **Irvine**         **CA   92618**

       City        State     ZIP Code

Contact phone   ( **866** )   581   –   4513        Email _____